IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SEATON CORP. d/b/a
STAFF MANAGEMENT                                                          PLAINTIFF

vs.                                     CASE NO. **4:06CV1607GH**

BRANDY L. BRYANT, ET AL.                                                  DEFENDANTS

### **ORDER**

Pending before the Court is plaintiff's motion to file under seal the Clerk's issuance of summons, the complaint and the motion for ex parte temporary restraining order (TRO) and preliminary injunction and lifting of Rule 26(d)'s stay of discovery. The Court finds that the filing of the documents under seal is not warranted. To the extent possible, defendants will be advised of the request for a TRO and participate in a telephone conference to be held as soon as possible.[1]

IT IS SO ORDERED this 14th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court recognizes that plaintiff may not have contact information for the defendants. If contact with defendants is not possible, the Court will consider the request for TRO without input from defendants.

-1-