IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PLAINTIFF

SEATON CORP. d/b/a
STAFF MANAGEMENT
vs.                          CASE NO. **4:06CV1607GH**

BRANDY L. BRYANT, ET AL.                          DEFENDANTS

## ORDER

On this day, the Court conducted a telephonic conference on plaintiff's request for a temporary restraining order (TRO). Counsel for plaintiff and defendants Brandy L. Bryant, Caleb T. Bryant, Denise D. White and Melissa C. Miller appeared and participated. Defendants agreed to maintain the status quo and agreed to: not sell, dispose, mortgage, convey or transfer any assets they own or in which they have an interest, except for ordinary and customary living expenses; and not to alter, destroy, or conceal any financial records including financial records with respect to their receipt of any funds from Staff Management and any records and communications with any co-defendant on their home computers. Defendants agreed to take affirmative steps to ensure that their agents, servants and employees comply with the agreement as set forth above.

Denise White is directed to contact Keenan Miller and she or Mr. Miller shall report to the Court by 3:00 p.m. Friday, November 17th as to whether Mr. Miller will agree to maintain the status quo or whether a TRO should be entered against him.

Pursuant to Fed. R. Civ. P. 65 (a)(2), the Court will merge the request for a preliminary injunction with a trial on the merits. Defendants have indicated that they wish to secure the services of an attorney. They are directed to advise the Court within five days of this order the amount of time they will need to conduct discovery. The Court will then enter a scheduling order.

The Clerk is directed to send this Order to: Brandy L. Bryant and Caleb T. Bryant,

-1-

2011 Aztec Drive, #107, North Little Rock, AR 72116;  Denise White, 8701 I-30, #23, Little

Rock, AR 72209; Melissa C. Miller, 5828 Valley Drive, Little Rock, AR 72209.

      IT IS SO ORDERED this 15th  day of November, 2006.

                                _____

                                UNITED STATES DISTRICT JUDGE