# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**SEATON CORP. d/b/a**
**STAFF MANAGEMENT**                                          **PLAINTIFF**

**V.**                    **CASE NO. 4:06-CV-1607**

**BRANDY L. BRYANT a/k/a BRANDY GOODLOW BRYANT;**
**CALEB T. BRYANT;**
**DENISE D. WHITE a/k/a DENISE D. MILLER;**
**MELISSA C. MILLER; and**
**KEENAN J. MILLER**
**DEFENDANTS**

## ORDER

Before the Court is an Application to Admit William F. Dolan *Pro Hac Vice* ("Application") filed in the above captioned matter by Seaton Corp. d/b/a Staff Management. Having considered the Application and the Affidavit of William F. Dolan filed in support of it, the Court finds that William F. Dolan meets the admission requirements of the Eastern District of Arkansas.

Accordingly, and for good cause shown, IT IS HEREBY ORDERED that the Application should be and hereby is GRANTED.

It is so ORDERED this 15th day of November, 2006.

*George Howard, Jr.*
_____
George Howard, Jr.
United States District Court Judge

Dockets.Justia.com