IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SEATON CORP. d/b/a
STAFF MANAGEMENT                                                                    PLAINTIFF

vs.                                    CASE NO. **4:06CV1607GH**

BRANDY L. BRYANT, ET AL.                                                        DEFENDANTS

## **ORDER**

The Court on November 15, 2006, advised the parties that it would merge plaintiff's request for a preliminary injunction with a trial on the merits pursuant to Fed. R. Civ. P. 65 (a)(2). The Court asked the parties to advise within five days as to how much time would be needed for discovery.

Counsel has entered her appearance for plaintiffs Randy Bryant and Caleb Bryant. Defendants Denise White and Melissa Miller have not yet retained the services of an attorney.[1] Counsel for the Whites has requested that the discovery deadline in the case be sometime in January, 2007 and that a trial be set in March or April, 2007.

The Court will issue a scheduling order setting the case for trial.    The Clerk is directed to send this Order to:  Denise White, 8701 I-30, #23, Little Rock, AR 72209 and Melissa C. Miller, 5828 Valley Drive, Little Rock, AR 72209.

The motion for temporary restraining order is denied as moot.

IT IS SO ORDERED this 28th  day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Keenan J. Miller has been dismissed as a defendant.

-1-